13

AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

AUG 1 2 2008

UNITED STATES OF AMERICA

v.

FABIAN ESPARZA-SAMANIEGO

**WAIVER OF INDICTMENT**

CASE NUMBER: 08CR2650-JAH

I, FABIAN ESPARZA-SAMANIEGO, the above named defendant, who is accused of the committing the following offense:

Title 8, U.S.C., Sec. 1326(a) - Deported Alien Found in the United States (Felony)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 8/12/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Fabian samaniego
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer